JS-6

CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO BOX 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

Andrew S. Pauly (SBN 90145)
Richard G. Stoll (SBN 222442)
GREENWALD, PAULY & MILLER,
A Professional Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 451-8001
Facsimile: (310) 395-5961
apauly@gpfm.com
rstoll@gpfm.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Miller,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Corona 725 LLC, a California Limited Liability Company; 99 Cents Only Stores LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:14-CV-00866-VAP-DTB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## STIPULATION

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This stipulation is made as to the result of the settlement of the action.

Dated: September 09, 2014   CENTER FOR DISABILITY ACCESS

By: /s/ Mark D. Potter
_____
Mark D. Potter
Attorneys for Plaintiff

Dated: September 09, 2014   GREENWALD, PAULY & MILLER,
A Professional Corporation

By: /s/ Richard G. Stoll
_____
Richard G. Stoll
Attorneys for Defendants

IT IS SO ORDERED
Dated: Sept 17 2014

Virginia A. Phillips
United States District Judge